# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
☐ Eastern (Jackson)   DIVISION
☐ Western (Memphis) DIVISION

James D. Miller

    Plaintiff,

vs.

Cognate Bio Services

    Defendant.

No. 490-2018-01483

## COMPLAINT

1. This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

   ☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
   **NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

   ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102 -166)
   **NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   ☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 1102-166).
   **NOTE:** *In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

## JURISDICTION

2. Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3. Plaintiff resides at:

    *4995 STACEY Rd.*
    STREET ADDRESS

    *Shelby*, *TN.*, *38109*, *901-501-3133*
    County   State   Zip Code   Telephone Number

4. Defendant(s) resides at, or its business is located at:

    *4600 Shelby Dr.*
    STREET ADDRESS

    *Shelby*, *Memphis*, *TN.*, *38118*.
    County   City   State   Zip Code

NOTE: If more than one defendant, you must list the names, address of each additional defendant.

1. *Cognate bioServices · 4600 Shelby Dr. Memphis, TN. 38116*

2. *Aerotek Scientific - 7000 Goodlett Farm Rd. Ste #100 Cordova, TN. 38016*

5. The address at which I sought employment or was employed by the defendant(s) is:

    *7000 Goodlett Farm Rd Ste# 100 Cordova, TN. 38016 -Address of Aerotek*

    *Cognate 4600 Shelby Dr. Memphis TN 38118 was the work site*

STREET ADDRESS

_Shelby_, _Cordova_, _TN._, _38016_.
County      City          State       Zip Code

6. The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

☐ Failure to hire

☑ Termination of my employment

☐ Failure to promote

☐ Failure to accommodate my disability

☐ Unequal terms and conditions of my employment

☐ Retaliation

☑ Other acts *(specify)*: CREATED HOSTILE WORK ENVIRONMENT, WRONGFUL TERMINATION, EMOTIONAL STRESS.

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7. It is my best recollection that the alleged discriminatory acts occurred on:
   _JANUARY 26, - JANUARY 31, 2018_.
   Date(s)

8. I believe that the defendant(s) *(check one)*:

   ☐ is still committing these acts against me.

   ☑ is not still committing these acts against me.

9. Defendant(s) discriminated against me based on my:
   *(check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)*

3

Continued Response to question #10

On 01/31/2018 I recieved a telephone call from Nadeen Garrett, a Recruiter for Aerotek who told me not to report to work due to accusations that I attached a co-worker on the job.

I was the only male cleanroom custodian. I was terminated on false allegations by the same female employee who was in an altercation with me.

Connie Trixie, female employee lied and falsely accused me of attacking her. Connie Trixie told the Supervisor that I had a gun inside my car and that she was in fear of her life.

Connie Trixie made up false accusations against me after she found out that I had evidence that she did not complete cleaning of her assigned area.

Connie Trixie felt I was going to report her so she started threatening me

#10

and made disrespectful degrading and vulgar comments towards me.
Connie Trixie threated me with physical violence and told me that if she lost her job she was going to see me out side.

Neither Connie or Cheryl was subjected to discipline nor terminated like I was. Rita Wilkins, Kim Abrams and Eldrick witnessed the acts that created a hostile environment described above Language

*[signature]*

☐ Race_____

☐ Color_____

☑ Gender/Sex_____

☐ Religion_____

☐ National Origin_____

☐ Disability_____

☐ Age. If age is checked, answer the following:
I was born in_____. At the time(s) defendant(s) discriminated against me.

I was [ ] more [ ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity Commission can be considered by the federal district court.*

10. The facts of my case are as follows:

I was hired on 9/12/2017 as a cleanroom custodian through Aerotek Scientific Staffing. Aerotek assigned me to work at Cognate Bio Services. On 1/26/2018 I was involved in a verbal altercation with my female co-worker, Connie Trixie who threaten me. Connie Trixie was a cleanroom custodian who reported to the same Supervisor as I did.

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the*

4

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.*

11. It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on: _____

12. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: **08/13/2018**
   Date

**Only litigants alleging age discrimination must answer Question #13.**

13. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one)*:

   [✓] 60 days or more have elapsed

   [ ] Less than 60 days have elapsed.

14. The Equal Employment Opportunity Commission *(check one)*:

   [ ] has <u>not</u> issued a Right to Sue Letter.

   [✓] has issued a Right to Sue letter, which I **received** on **08/19/2018**
   Date

*NOTE:* This is the date you <u>received</u> the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.

15. Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

*NOTE: You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16. I would like to have my case tried by a jury:

   [✓] Yes

   [ ] No

5

**WHEREFORE,** plaintiff prays that the Court grant the following relief:

☐ direct that the Defendant employ Plaintiff, or

☐ direct that Defendant re-employ Plaintiff, or

☐ direct that Defendant promote Plaintiff, or

☐ order other equitable or injunctive relief as follows:_____

_____

☐ direct that Defendant pay Plaintiff back pay in the amount of _____ and interest on back pay;

☑ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: $300,000 EMOTIONAL STRESS for terminating me unlawfully and creating a hostile work environment

_____
SIGNATURE OF PLAINTIFF

Date:_____

4995 Stacey Rd.
Address

Memphis, TN. 38109

901-501-3133
Phone Number

6