# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| JAMES D. MILLER, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2:18-cv-2751-SHL-cgc |
| COGNATE BIO SERVICES, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANT COGNATE BIO SERVICES' MOTION TO DISMISS

Before the Court is Magistrate Judge Charmiane G. Claxton's ("Magistrate Judge") Report and Recommendation ("Report") (ECF No. 23), filed August 26, 2019, recommending that the Court grant Defendant Cognate Bio Services, Inc's ("Cognate") Motion to Dismiss. (ECF No. 18.)

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for dismissal of a complaint for failure to state a claim. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1) (2017). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff James D. Miller has filed no objections to the Magistrate Judge's Report, and the deadline to do so has now passed. The Court has reviewed the Report for clear error and finds none. Therefore, the Court **ADOPTS** the Magistrate Judge's Report and hereby **GRANTS** Cognate's Motion to Dismiss.

**IT IS SO ORDERED,** this 13th day of November, 2019.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
UNITED STATES DISTRICT JUDGE